**Joel STEINMETZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, United States Postal Service Medical Contract Consultants, American Postal Workers Union Local #132, Department of Labor Office of Workers' Compensation Programs, Department of Labor Office of Workers' Compensation Programs Contract Medical Consultants, National Labor Relations Board, Equal Employment Opportunity Commission, Labor Employees' Compensation Appeals Board, United States Department of Labor Office of Federal Operations, Respondents,**

and

**Merit Systems Protection Board, Respondent.**

No. 2008–3099.

United States Court of Appeals, Federal Circuit.

Dec. 27, 2007.

Joel T. Steinmetz, pro se.

### ORDER

The appeal having been docketed in error, it is

ORDERED that the appeal is DISMISSED.

**Pamela J. LONEY, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2007–3250.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2008.

